NEW YORK,
October, 1814.

PLATNER
v.
BEST.

An action cannot be maintained to recover a sum omitted, by *mistake*, on the trial of another cause, in which a judgment was given for the plaintiff, but not for the amount due to him.

PLATNER *against* BEST.

IN ERROR, on *certiorari*, from a justice's court. *Best* brought an action on the case against *Platner*, and declared against him, in substance, that he, *B.*, had sued *P.*, on a former suit, and that one of the *items* of his demand, amounting to 7 dollars, was confessed by the defendant, and the other disputed; and that the justice, by *mistake* in giving his judgment, omitted to allow the 7 dollars. The suit below was to recover that *item*, but what it was is not stated in the return. The defendant pleaded the general issue and a set-off. Upon the trial, the plaintiff proved his declaration, by the justice who tried the former cause. The defendant did not prove any set-off, but objected to the plaintiff's recovery, on the ground of the former trial. The objection was overruled, and a verdict was found for the plaintiff below, on which the justice gave judgment.

*Per Curiam.* The substantial justice of this case would appear to be with the judgment. But it cannot be supported, without a violation of a settled rule of law. The cause of action has once been tried, and it would be a dangerous principle to allow a judgment to be opened and the cause of action again tried, by another justice, on the ground of a mistake in the former trial. If such mistake was made, it cannot be corrected in this way. The judgment must accordingly be reversed.

Judgment reversed.